In the Matter of the Claim of MILTON KINGSLEY and Others, Made Through HAZEL L. KINGSLEY, Guardian, Respondent, against WILLIAM J. BENDER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument and motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOHN ROSAWITZ, Respondent, against FICKS REED COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument and motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JENNIE WESTERMAN, Respondent, against EQUIPMENT AND SUPPLY COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

ALBERT ANDERSON, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of NELLIE MARCH, Respondent, against GENERAL ELECTRIC COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Order resettled so as to recite that prior to the determination of the appeal herein the State Industrial Board rescinded the award appealed from, and that the appeal is dismissed because the question before the court became academic. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Petition of the TOWN BOARD and TOWN SUPERINTENDENT OF HIGHWAYS OF THE TOWN OF WATERFORD, SARATOGA COUNTY, under Section 90, Railroad Law, for an Order Determining How Van Ness Street Highway in Said Town Shall Cross a Railroad and Right of Way Leased to and Operated by the DELAWARE AND HUDSON COMPANY.— Order affirmed, with costs. Order denying rehearing affirmed, without costs. Davis, Whitmyer and Hill, JJ., concur; Van Kirk, P. J., and Hinman, J., dissent and vote for a reversal of the order which denied a rehearing.